UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 1

| Travelers Club Luggage Inc. |
|---|
| Plaintiff, |
| v. |
| United States, |
| Defendant. |

S U M M O N S

Court No. 25-00217

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ Gina Justice
Clerk of the Court

### PROTEST

| Port(s) of Entry:   2704 | Center (if known):  CEE008 |
|---|---|
| Protest Number:  2704-23-168790 | Date Protest Filed:   December 11, 2023 |
| Importer:  Traveler Club Luggage Inc. | Date Protest Denied:   April 7, 2025 |
| Category of Merchandise:   duffel bags | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| HE8-0199823-9 | August 20, 2022 | July 14, 2023 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt LLP
599 Lexington Avenue, 36th Floor
New York, New York 10022
JSpraragen@GDLSK.COM
(212) 557-4000

**CONTESTED ADMINISTRATIVE DECISION**

| | Appraised Value of Merchandise | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Duffel Bags | 4202.12.8170<br>9903.88.03 | 17.6%<br>25% | 4202.92.3131<br>9903.88.67 | 17.6%<br>Free of add'l Duty |

**Other**
State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

The issue which was common to all such denied protests: whether the claimed classification is correct as a matter of law

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Joseph M. Spraragen
*Signature of Plaintiff's Attorney*

October 3, 2025
*Date*

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)